GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI
Nevada Bar No. 9040
Email: tgray@gtg.legal
JARED M SECHRIST
Nevada Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112

SEYFARTH SHAW LLP
WENDY THOMAS WENDROWSKI (*Pro Hac Vice Pending*)
District of Columbia Bar No. 44026)
Email: wwendrowski@seyfarth.com
975 F Street, NW
Washington, DC 20004
Telephone: (202) 828-3542
Facsimile: (202) 828-5393

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America for the use of NORTHERN NEVADA CONCRETE, INC., a Nevada corporation; and NORTHERN NEVADA CONCRETE, INC., a Nevada corporation in its own capacity<br><br>Plaintiffs,<br>v.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA; WINSPEAR CONSTRUCTION, LLC, an Idaho limited liability company; DOES 1-10, inclusive; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-00074-HDM-CLB<br><br>ORDER GRANTING<br><br>**STIPULATION AND JOINT APPLICATION TO STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Trial Date: None Set.<br>Complaint Filed: February 5, 2021 |

Plaintiffs, the United States of America, for the use of NORTHERN NEVADA CONCRETE, INC., a Nevada corporation ("NNC") and NNC, in its own capacity (collectively, "Plaintiffs") and Defendants THE GUARANTEE COMPANY OF NORTH AMERICA USA

("GCNA") and WINSPEAR CONSTRUCTION, LLC, an Idaho limited liability company ("Winspear") (GCNA and Winspear, collectively, "Defendants") (Plaintiffs and Defendants, collectively, the "Parties"), by and through their undersigned counsel, and pursuant to LR IA 6-2 and LR 7-1, hereby stipulate and agree as follows:

1. Pursuant to 9 U.S.C. § 3:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.

2. The Parties hereby jointly apply to stay all deadlines and proceedings in the above-referenced action until the arbitration currently pending between NNC and Winspear has been had. As set forth more fully below, the issues to be resolved in the above-referenced action are referable to arbitration under an agreement to arbitrate between NNC and Winspear, and NNC and Winspear are not in default in proceeding with such arbitration. Moreover, notwithstanding that GCNA is not a party to such arbitration, the arbitration award shall be relevant in the above-referenced action to determine any liability of GCNA.

3. On or about January 14, 2019, the Department of Veterans Affairs ("Department") awarded to Winspear contract number 36C26119C0031 (the "Prime Contract") for the demolition of existing buildings and construction of a new parking structure at the Veterans Affairs Sierra Nevada Healthcare Facility in Reno, Nevada (the "Project").

4. On or about February 14, 2019, Winspear and NNC entered into a subcontract agreement for NNC to perform specified aspects of the concrete work on the Project (the "Subcontract").

5. The Subcontract contains an arbitration clause that provides, in relevant part, that "any dispute between [Winspear] and [NNC] shall be submitted to binding arbitration

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

administered by the American Arbitration Association under its Construction Industry Arbitration Rules, and judgment on the award rendered by the arbitrator(s) shall be entered in a court having jurisdiction thereof."

6. In connection with the Project and pursuant to the Prime Contract, GCNA issued a payment bond as required by the Miller Act with Bond Number ZS11172370 for the benefit and protection of all persons having a direct relationship with Winspear or a subcontractor of Winspear for furnishing labor, material, or both in the prosecution of the work provided in the Prime Contract (the "Payment Bond"). As a subcontractor furnishing labor and material to Winspear in connection with the Project, NNC claims the benefit and protection of the Payment Bond.

7. Disputes arose between NNC and Winspear regarding the Project and the Subcontract.

8. On October 29, 2020, NNC filed and served a demand for arbitration and statement of claim with the American Arbitration Association against Winspear.

9. On November 17, 2020, Winspear filed and served an answer with affirmative defenses and counterclaim to NNC's demand for arbitration and statement of claim with the American Arbitration Association.

10. On December 1, 2020, NNC filed and served an answer and affirmative defenses to Winspear's counterclaim.

11. That arbitration proceeding is pending and active with Case Number 01-20-0015-4841 (the "Arbitration"), and a two-week evidentiary arbitration hearing is currently set to commence on December 6, 2021.

12. On February 5, 2021, NNC filed and served a request to join GCNA in the Arbitration. On February 22, 2021, Winspear opposed NNC's request to join GCNA to the Arbitration, and GCNA joined Winspear's opposition.

13. On March 2, 2021, the arbitrator denied NNC's joinder request to make GCNA a party to the Arbitration.

...

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

14. On February 5, 2021, Plaintiffs filed the complaint against GCNA and Winspear in the above-referenced action (the "Complaint") [ECF No. 1].

15. On April 30, 2021, Ms. Wendrowski of Seyfarth Shaw LLP waived service of the summons and Complaint on behalf of GCNA and Winspear [ECF Nos. 9-10].

16. The Parties respectfully apply to stay the above-referenced action until judgment has been rendered in the Arbitration.

NOW, THEREFORE, Plaintiffs and Defendants stipulate and apply to stay all deadlines and proceedings in the above-referenced action pending resolution of the Arbitration, and respectfully request that this Court issue an order consistent with this stipulation and application.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | McDONALD CARANO LLP |
| Dated: June 21, 2021. | Dated: June 21, 2021. |
| By: */s/ Jared M. Sechrist*<br>TALITHA GRAY KOZLOWSKI<br>Nevada Bar No. 9040<br>JARED M SECHRIST<br>Nevada Bar No. 10439<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV 89119 | By: */s/ Phillip M. Mannelly*<br>Matthew C. Addison<br>Nevada State Bar No, 4201<br>Philip M. Mannelly<br>Nevada State Bar No, 14236<br>100 W. Liberty St., 10th Fl.<br>Reno, Nevada 89501 |
| SEYFARTH SHAW LLP<br>WENDY THOMAS WENDROWSKI<br>(*Pro Hac Vice Pending*)<br>District of Columbia Bar No. 44026)<br>Email: wwendrowski@seyfarth.com<br>975 F Street, NW<br>Washington, DC 20004 | *Attorneys for Plaintiffs* |
| *Attorneys for Defendants* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 23, 2021