**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTHERN NEVADA CONCRETE, INC. and NORTHERN NEVADA CONCRETE, INC.,<br><br>        Plaintiffs,<br>  v.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA, USA, and WINSPEAR CONSTRUCTION, LLC,<br><br>        Defendants. | Case No. 3:21-cv-00074-HDM-CLB<br><br>**ORDER** |

On June 23, 2021, the court granted the parties' joint stipulation to stay proceedings pending arbitration set to commence in December 2021. On or before April 14, 2022, the parties shall advise the court of the status of the arbitration proceedings and whether the stay of this action should be lifted.

IT IS SO ORDERED.

DATED: this 4th day of April, 2022.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE