# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTHERN NEVADA CONCRETE, INC. and NORTHERN NEVADA CONCRETE, INC., <br><br>                Plaintiffs,<br>   v.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA, USA, and WINSPEAR CONSTRUCTION, LLC,<br><br>                Defendants. | Case No. 3:21-cv-00074-HDM-CLB <br><br>**ORDER** |

In response to the court's order of April 4, 2022, the parties advised that arbitration is ongoing and that the stay of this action should not be lifted (ECF No. 16). Good cause appearing, IT IS ORDERED that the stay of this action is continued, and that the parties shall file a status report on or before August 1, 2022.

IT IS SO ORDERED.

DATED: this 21st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE